En el Tribunal Supremo de Puerto Rico

| IN RE:<br><br>LCDO. VICTOR MANUEL GOMEZ VAZQUEZ<br>    Querellado<br><br>    .V | TSPR98-47 |
| --- | --- |

Número del Caso: 1249

Abogados Parte Demandante: Lic. Carmen H. Carlos
Directora de Inspección de Notarías

Abogados Parte Demandada:

Abogados Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 4/23/1998

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcdo. Víctor Manuel Gómez Vázquez        1249

PER CURIAM

San Juan, Puerto Rico, a 23 de abril de 1998.

El 15 de marzo de 1996, la Supervisora de Indices Notariales, Sra. Ivonne Rosario, le refirió un informe a la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, en el cual se señalaba que el notario Víctor M. Gómez Vázquez no había rendido los índices notariales durante el período de junio a diciembre de 1995.

Como consecuencia de este informe, la Inspectora de Protocolos, Lcda. Norma Acosta de Santiago, mediante comunicación fechada el 17 de abril de 1996, le concedió una oportunidad al notario de epígrafe para que justificara la falta de notificación de los índices aludidos antes de acudir ante este Tribunal.

El 20 de mayo de 1996, en respuesta a la misiva enviada por la Lcda. Acosta, el Sr. Víctor M. Gómez García, hijo del Lcdo. Gómez Vázquez, le informó a la Oficina de Inspección de Notarías que su padre llevaba padeciendo de la enfermedad de Alzheimer durante varios años y que su condición había empeorado, encontrándose recluido en el hospital desde hacía varios meses. El señor Gómez García señaló también que, debido a los efectos de la enfermedad que aquejaba a su padre, había presentado ante el Tribunal de Primera Instancia una Solicitud de Incapacidad y Nombramiento de Tutor con el consentimiento de su señora madre y de su hermano.

Posteriormente, el 3 de septiembre de 1996, la Hon. Amneris Martínez de Cuevas, Juez, dictó Resolución declarando incapaz al Lcdo. Víctor M. Gómez Vázquez y nombrando a Víctor M. Gómez García como su tutor en el caso de Ex Parte: Víctor Manuel Gómez García etc., Peticionario, Civil Núm. KEX96-0086 (701) ante el Tribunal de Primera Instancia, Subsección de Distrito, Sala de San Juan.

Así las cosas, acudió ante nos la Directora de la Oficina de Inspección de Notarías solicitando la suspensión del Lcdo. Gómez Vázquez del ejercicio de la abogacía y de la notaría conforme a lo dispuesto por la Regla 15 de nuestro Reglamento.

La referida Regla dispone que:

> (b) Si un(a) abogado(a) fuere declarado incapaz judicialmente o fuere recluido(a) por incapacidad en una institución para enfermos mentales, probado el hecho, el Tribunal lo(la) suspenderá del ejercicio de la profesión mientras subsista su enfermedad.

Cuando la condición mental, física o emocional de un abogado no le permite ejercer cabal y adecuadamente todas las funciones y deberes propios de la práctica de la abogacía, es menester suspender indefinidamente del ejercicio de la profesión legal al letrado mientras subsista su incapacidad. *In re Lanauze Ortiz*, 114 D.P.R. 682 (1983).

Es importante señalar que este tipo de suspensión no representa un desaforo sino que más bien constituye una medida de protección social. *Id*, pág. 683; *In re Miranda Cruz*, 116 D.P.R. 709 (1985).

En vista de la declaración judicial de incapacidad del Lcdo. Víctor M. Gómez Vázquez, se le suspende indefinidamente del ejercicio de la abogacía según lo establece la Regla 15(b) del Reglamento de este Tribunal, mientras subsista su enfermedad y hasta tanto otra cosa se disponga.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcdo. Víctor Manuel Gómez Vázquez          1249

SENTENCIA

San Juan, Puerto Rico, a 23 de abril de 1998.

Por las razones que se expresan en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente sentencia, se suspende indefinidamente a Víctor Manuel Gómez Vázquez del ejercicio de la abogacía, mientras subsista su enfermedad y hasta tanto otra cosa se disponga.

Notifíquese.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo